CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 30, 2017

    MEMO TO COUNSEL RE: Angela Ayres v. Ocwen Loan Servicing, et al.
                                       Civil No. JFM-13-1597

Dear Counsel:

      The purpose of this letter is to set a schedule in light of the Fourth Circuit's remand of this case.

      Defendants are to submit a supplemental memorandum addressing the issues raised by the Fourth Circuit's order on or before September 14, 2017. Plaintiffs' shall file a response on or before September 28, 2017.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

                                         Very truly yours,

                                         /s/

                                         J. Frederick Motz
                                         United States District Judge